UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Peter F. Barry, et al.

Plaintiff,

v.

Dell Computer Corporation,

Defendant.

Civil File No.00-939 (MJD/JGL)

**NOTICE OF RESCHEDULING OF HEARING**

---

Oral Argument on the Plaintiff's Motion to Remand (clerk docket #8) in this matter is rescheduled for Thursday, August 3, 2000, at 9:00 a.m. before Judge Michael J. Davis in Courtroom 14 East of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: July 18, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Angela Chianelli, Deputy Clerk
(612) 664-5073

FILED JUL 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______